IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In re:

KAREN AWAH

          Debtor.

Bankruptcy No:
11-10299-SSM
Chapter 13 (Converted from Chapter 7)

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

COMES NOW Ocwen Loan Servicing, LLC, as servicing agent for Deutsche Bank National Trust Company As Trustee for the registered holder of Soundview Home Loan Trust 2006-EQ1 Asset-Backed Certificates, Series 2006-EQ1, hereinafter ("Movant"), a secured creditor in the above referenced Chapter 13 matter, by counsel, and for its Objection to the Confirmation of the Debtor's Chapter 13 Plan respectfully states the following:

1. The Debtor is indebted to the Movant in the approximate principal amount of $248,197.52 which is secured by a first Deed of Trust on certain real estate owned by the Debtor at 15063 Ardmore Loop, Woodbridge, Virginia 22193. (See attached Note, Deed of Trust and Assignment).

2. Debtor's Chapter 13 Plan fails to list Ocwen Loan Servicing, LLC as a secured creditor. Movant timely filed a proof of claim in the amount of $268,869.64 containing arrearages of $23,884.27.

Jacqueline A. Fink, Esquire
State Bar Association No: 73581
SYKES, BOURDON, AHERN & LEVY, P.C.
Pembroke One Building, Fifth Floor
Virginia Beach, Virginia 23462-2989
(757) 499-8971

4. That based upon the foregoing, the Debtor's plan is not feasible and that it fails to cure the pre-petition arrearage due to Movant.

WHEREFORE, Ocwen Loan Servicing, LLC, as servicing agent for Deutsche Bank National Trust Company As Trustee for the registered holder of Soundview Home Loan Trust 2006-EQ1 Asset-Backed Certificates, Series 2006-EQ1 prays for the entry of an Order denying confirmation of the Debtor's proposed plan, and for such further and other relief as in the premises may seem just.

/s /Jacqueline A. Fink

Attorney for Movant

## NOTICE OF HEARING ON OBJECTION TO CONFIRMATION

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to deny confirmation of your Plan or if you want the Court to consider your views on the Objection, then you and your attorney must:

### ATTEND THE HEARING SCHEDULED TO BE HELD:

At    United States Bankruptcy Court    on    May 11, 2011 @ 1:30 p.m.
Alexandria Courthouse
200 Washington Street, 2nd Floor
Courtroom I
Alexandria, VA

to consider and act upon the Objection to Confirmation of the Original Plan filed by Ocwen Loan Servicing, LLC, as servicing agent for Deutsche Bank National Trust Company As Trustee for the registered holder of Soundview Home Loan Trust 2006-EQ1 Asset-Backed Certificates, Series 2006-EQ1.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an order granting that relief.

/s/ Jacqueline A. Fink
Attorney for Movant

CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing Objection to Confirmation and Notice of Objection to Confirmation was electronically forwarded and sent via first class mail this  19th day April, 2011, to:

                                                   /s/  Jacqueline A. Fink
                                                 Jacqueline A. Fink

Karen Awah
15063 Ardmore Loop
Woodbridge, VA 22193

Thomas P. Gorman, Trustee
300 N. Washington St., Ste. 400
Alexandria, VA 22314